## 259

**No. 46287.**—Protest 59539–K of A. Pfingst (New York).

Opinion by Keefe, J.  In accordance with stipulation that the cement in question is the same in all material respects as that the subject of *Premier Dental Products Co.* v. *United States* (28 C. C. P. A. 44, C. A. D. 123) the protest was sustained.

**No. 46288.**—Protest 552785–G/of Tai Wo Tong (Los Angeles).

Opinion by Keefe, J.  It was stipulated that the merchandise in question is the same as that the subject of Abstract 28603.  In accordance therewith the claim at 10 percent under paragraph 1558 was sustained.

**No. 46289.**—Protests 839805–G/86215, etc., of Naumes Forwarding Service et al. (Chicago).

Opinion by Keefe, J.  In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

**No. 46290.**—Protest 37304–K of Atlas Marine Supply Co. (Los Angeles).

Opinion by Keefe, J.  In accordance with stipulation of counsel that certain of the drums in question are the same in all material respects as those the subject of *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165) they were held entitled to free entry as claimed.

**No. 46291.**—Protest 21422–K of Atlas Marine Supply Co. (Los Angeles).

Opinion by Keefe, J.  In accordance with stipulation of counsel that certain of the drums in question are the same in all material respects as those the subject of *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165) they were held entitled to free entry as claimed.

**No. 46292.**—Protests 44444–K, etc., of Firestone Tire & Rubber Co. (New York).

Opinion by Keefe, J.  It was stipulated that the merchandise consists of iron drums not having removable heads, imported as containers of liquid rubber latex, and that it is similar in all material respects to that the subject of Abstracts 38363 and 39366.  In accordance therewith the drums were held entitled to free entry as claimed.

**No. 46293.**—Protest 972194–G of Fay On Chong and Co. (San Francisco).